**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-21678-BLOOM**

AMBROCIO MARTIN-GOMEZ,

     Petitioner,

v.

KRISTI NOEM, in her official capacity as Secretary of
The Department of Homeland Security; PAMELA
BONDI, in her official capacity as Attorney General of
the U.S., TODD M. LYONS, in his official capacity as
Acting Director of U.S. Immigration and Customs
Enforcement; GARRETT J. RIPA, in his official capacity
as Field Officer Director of the Miami ICE Field Office,
and CHARLES PARRA, in his official capacity as the
Assistant Field Office Director, Krome North Service
Processing Center,

     Respondents.

_____/

**ORDER**

     **THIS CAUSE** is before the Court upon Respondents' Notice of Voluntary Departure

Order and Motion for Clarification ("Motion"), ECF No. [10]. Respondents indicated that on April

13, 2026, an Immigration Judge entered an order granting Petitioner's request for voluntary

departure, requiring Petitioner to depart the United States by May 13, 2026. *Id.* Respondents seek

clarification regarding the status of the Court's March 15, 2026, Order ordering that "Respondents

shall not remove Petitioner from the United States or the Southern District of Florida until further

order of the Court." *See* ECF No. [7]. Petitioner filed a Response stating that he seeks to voluntarily

dismiss these proceedings in order to comply with the voluntary departure order. ECF No. [12].

     Accordingly, is **ORDERED AND ADJUDGED** as follows:

     1.   Respondents' Motion, **ECF No. [10]**, is **GRANTED**.

Case No. 26-cv-21678-BLOOM

2. The Court's March 15, 2026, Order is **AMENDED** to permit Petitioner to depart the United States pursuant to the terms of the April 13, 2026, Order of Voluntary Departure.

3. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**

4. Each party shall bear its own attorneys' fees and costs;

5. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED;**

6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 1, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record